

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

MattSnow Properties, LLC, Mark D.
Mattlage-Thurmond, and Robert J.
Snowden, Appellants

No. 06-23-00039-CV          v.

First National Bank of McGregor d/b/a
TFNB Your Bank for Life, Appellees

Appeal from the 414th District Court of
McLennan County, Texas (Tr. Ct. No.
2021-209-5).      Memorandum Opinion
delivered by Justice Rambin, Chief Justice
Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court
below. We affirm the judgment of the trial court.

We further order that the appellants, MattSnow Properties, LLC, Mark D. Mattlage-
Thurmond, and Robert J. Snowden, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 20, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk